| AO 10<br>Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Toole, George A. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 7-130<br>Boston, MA 02210 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2107 | Contract employee, Massachusetts Department of Public Health |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | James Wilson Institute | 11/3/2017-11/5/2017 | Washington, DC | Academic seminar | Travel and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbvie Inc. | | None | J | T | Sold (part) | 08/01/17 | J | A | |
| 2. Accenture PLC Ireland Cl A | A | Dividend | K | T | Buy (add'l) | 06/01/17 | J | | |
| 3. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 4. Adobe Systems | | None | J | T | Buy (add'l) | 05/30/17 | J | | |
| 5. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 6. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 7. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 8. | | | | | Buy (add'l) | 06/28/17 | J | | |
| 9. Align Technology | | None | K | T | Buy (add'l) | 01/09/17 | J | | |
| 10. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 11. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 12. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 13. | | | | | Sold (part) | 08/25/17 | J | A | |
| 14. | | | | | Sold (part) | 08/28/17 | J | A | |
| 15. | | | | | Sold (part) | 10/02/17 | J | A | |
| 16. | | | | | Sold (part) | 01/03/17 | J | A | |
| 17. Allergan | A | Dividend | J | T | Buy (add'l) | 11/02/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold (part) | 12/14/17 | J | | |
| 19. Alphabet Inc. Cl A | | None | J | T | Buy (add'l) | 06/05/17 | J | | |
| 20. | | | | | Sold (part) | 08/31/17 | J | A | |
| 21. Alphabet Inc. Cl C | | None | K | T | Buy (add'l) | 06/05/17 | J | | |
| 22. Altria Group | A | Dividend | J | T | Buy (add'l) | 01/26/17 | J | | |
| 23. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 24. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 25. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 26. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 27. AMC Networks (Y) | | | | | | | | | |
| 28. American Cap World Gr & Inc F2 | A | Dividend | J | T | | | | | |
| 29. Anadarko Petroleum | A | Dividend | J | T | Sold (part) | 12/14/17 | J | | |
| 30. Apple common | A | Dividend | J | T | Sold (part) | 03/06/17 | J | A | |
| 31. AT&T | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 32. | | | | | Buy (add'l) | 09/12/17 | J | | |
| 33. Autodesk Inc. | | None | J | T | | | | | |
| 34. Automatic Data Processing | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 36. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 37. Bank of America deposit accounts | A | Interest | J | T | | | | | |
| 38. Barclays iPath Bloomberg Grains | | None | | | Buy | 01/20/17 | J | | |
| 39. | | | | | Sold | 05/30/17 | J | | |
| 40. Becton Dickinson | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 41. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 42. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 43. Berkshire Hathaway Cl B | | None | J | T | Buy (add'l) | 06/01/17 | J | | |
| 44. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 45. Biogen | | None | J | T | Sold (part) | 12/14/17 | J | | |
| 46. Blackrock Inc. | A | Dividend | J | T | Buy (add'l) | 03/29/17 | J | | |
| 47. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 48. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 49. Blackrock High Yield Fund | A | Dividend | J | T | Buy (add'l) | 01/20/17 | J | | |
| 50. | | | | | Sold (part) | 06/01/17 | J | A | |
| 51. Blackrock Low Dur Bd Inv Inst | A | Dividend | L | T | Buy (add'l) | 05/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 53. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 54. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 55. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 56. Blackrock Multi-Asset | A | Dividend | J | T | | | | | |
| 57. Broadcom | A | Dividend | J | T | | | | | |
| 58. Brookfield Global Listed RE | A | Dividend | | | Buy | 01/20/17 | J | | |
| 59. | | | | | Sold | 06/02/17 | J | A | |
| 60. C A Inc. | A | Dividend | J | T | Buy (add'l) | 05/31/17 | J | | |
| 61. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 62. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 63. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 64. Calamos Market Neutral Inc I | B | Dividend | K | T | Buy (add'l) | 05/30/17 | J | | |
| 65. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 66. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 67. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 68. Carnival CP New Paired | A | Dividend | J | T | Buy (add'l) | 04/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 70. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 71. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 72. Celgene | | None | J | T | Buy (add'l) | 05/30/17 | J | | |
| 73. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 74. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 75. | | | | | Sold (part) | 12/14/17 | J | | |
| 76. Center Coast MLP Focus | B | Dividend | K | T | Buy (add'l) | 12/19/17 | J | | |
| 77. Chevron common | A | Dividend | J | T | Buy (add'l) | 04/03/17 | J | | |
| 78. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 79. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 80. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 81. Chubb Ltd | A | Dividend | J | T | | | | | |
| 82. Cincinnati Financial Ohio | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | |
| 83. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 84. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 85. | | | | | Sold (part) | 12/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Cisco Systems | A | Dividend | J | T | Buy (add'l) | 03/06/17 | J | | |
| 87. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 88. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 89. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 90. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 91. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 92. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 93.  Citrix Systems Inc. | | None | J | T | | | | | |
| 94.  Clearbridge Aggessive Growth (SAGYX) | B | Dividend | K | T | Buy (add'l) | 05/30/17 | J | | |
| 95. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 96. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 97. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 98. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 99.  Coca Cola Co. | A | Dividend | J | T | Buy (add'l) | 04/03/17 | J | | |
| 100. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 101. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 102. | | | | | Buy (add'l) | 06/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 104. | | | | | Sold (part) | 08/17/17 | J | A | |
| 105. Cogate Palmolive | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 106. | | | | | Buy (add'l) | 01/09/17 | J | | |
| 107. Comcasst (New) Cl A | A | Dividend | J | T | Buy (add'l) | 07/25/17 | J | | |
| 108. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 109. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 110. Cree Research | | None | J | T | | | | | |
| 111. Crown Castle Intl Corp | A | Dividend | J | T | Buy | 08/17/17 | J | | |
| 112. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 113. CVS Health Corp | A | Dividend | K | T | Sold (part) | 01/30/17 | J | | |
| 114. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 115. CyrusOne, Inc. | A | Dividend | J | T | Buy | 07/11/17 | J | | |
| 116. | | | | | Buy (add'l) | 08/14/17 | J | | |
| 117. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 118. Delaware Value CL Inst | | None | | | Sold (part) | 01/20/17 | J | A | |
| 119. | | | | | Sold | 06/01/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Diageo ADR | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | |
| 121. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 122. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 123. Discover Financial | A | Dividend | | | Sold (part) | 04/20/17 | J | A | |
| 124. | | | | | Sold | 05/22/17 | J | A | |
| 125. Discovery Communications Ser.A | A | Dividend | J | T | Sold (part) | 12/14/17 | J | | See part VIII, note 2. |
| 126. Dolby Cl A | A | Dividend | J | T | Buy (add'l) | 01/09/17 | J | | |
| 127. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 128. Dodge & Cox Intl Stock Fund | A | Dividend | | | Buy (add'l) | 01/20/17 | J | | |
| 129. | | | | | Sold | 06/02/17 | J | A | |
| 130. Dollar General Corp. | A | Dividend | J | T | Buy (add'l) | 01/09/17 | J | | |
| 131. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 132. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 133. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 134. | | | | | Sold (part) | 12/14/17 | J | | |
| 135. Dominion Resources | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | |
| 136. | | | | | Buy (add'l) | 06/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 138. DoubleLine Total Return Bond Fund | A | Dividend | | | Sold (part) | 01/20/17 | J | | |
| 139. | | | | | Sold | 06/02/17 | J | | |
| 140. Duke Energy | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | |
| 141. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 142. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 143. Eli Lilly | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | |
| 144. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 145. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 146. Enterprise Bancorp common | C | Dividend | M | T | Sold (part) | 05/30/17 | K | E | |
| 147. | | | | | Sold (part) | 11/28/17 | L | E | |
| 148. Extra Space Storage | A | Dividend | | | Buy (add'l) | 03/27/17 | J | | |
| 149. | | | | | Sold | 10/26/17 | J | | |
| 150. Exxon Mobile common | A | Dividend | K | T | | | | | |
| 151. Facebook Cl A | | None | K | T | Buy (add'l) | 05/30/17 | J | | |
| 152. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 153. | | | | | Buy (add'l) | 06/05/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Fidelity National Information Services | A | Dividend | J | T | | | | | |
| 155. Fluor Corp | A | Dividend | J | T | Sold (part) | 12/14/17 | J | | |
| 156. Freeport-McMoran | | None | J | T | Sold (part) | 12/14/17 | J | | |
| 157. Gartner Inc. | | None | J | T | Buy (add'l) | 01/09/17 | J | | |
| 158. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 159. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 160. General Dynamics | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | |
| 161. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 162. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 163. General Electric | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | |
| 164. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 165. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 166. | | | | | Sold (part) | 04/28/17 | J | A | |
| 167. | | | | | Sold (part) | 12/14/17 | J | | |
| 168. General Mills | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | |
| 169. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 170. | | | | | Buy (add'l) | 06/05/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. General Motors | A | Dividend | | | Sold (part) | 01/06/17 | J | A | |
| 172. | | | | | Sold (part) | 09/29/17 | J | A | |
| 173. | | | | | Sold (part) | 11/03/17 | J | A | |
| 174. | | | | | Sold | 11/06/17 | J | A | |
| 175. H&R Block | A | Dividend | | | Sold (part) | 02/14/17 | J | | |
| 176. | | | | | Sold | 02/15/17 | J | | |
| 177. Harding Loevner Intl Equity | C | Dividend | M | T | Buy (add'l) | 01/09/17 | J | | |
| 178. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 179. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 180. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 181. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 182. | | | | | Sold (part) | 01/19/17 | J | A | |
| 183. | | | | | Sold (part) | 06/01/17 | J | A | |
| 184. Hasbro, Inc. | A | Dividend | J | T | Buy (add'l) | 04/03/17 | J | | |
| 185. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 186. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 187. | | | | | Buy (add'l) | 06/05/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 08/17/17 | J | A | |
| 189. | | | | | Sold (part) | 08/18/17 | J | A | |
| 190. | | | | | Sold (part) | 12/14/17 | J | | |
| 191. Honeywell | A | Dividend | J | T | | | | | |
| 192. Immunogen | | None | J | T | Sold (part) | 12/14/17 | J | | See Part VIII, note 2. |
| 193. Ingersoll-Rand | A | Dividend | J | T | | | | | |
| 194. Intel | A | Dividend | J | T | Buy (add'l) | 04/03/17 | J | | |
| 195. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 196. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 197. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 198. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 199. Interpublic Group of Companies | A | Dividend | J | T | Buy | 04/21/17 | J | | |
| 200. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 201. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 202. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 203. Invesco Premier Inst | A | Dividend | J | T | | | | | |
| 204. Ionis Pharmaceuticals | | None | J | T | Sold (part) | 12/14/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. IQ Hedge Multi-Strat Tracker | | None | K | T | Buy (add'l) | 01/09/17 | J | | |
| 206. iShares Core US Aggregate (AGG) | A | Dividend | K | T | Buy (add'l) | 12/14/17 | K | | |
| 207. iShares 1-3 Treasury (SHY) | A | Dividend | | | Sold (part) | 01/24/17 | J | | |
| 208. | | | | | Sold | 05/30/17 | J | A | |
| 209. iShares Gloal Infrastructure | | None | | | Buy | 01/24/17 | J | | |
| 210. | | | | | Sold | 05/30/17 | J | A | |
| 211. iShares Russell 1000 | A | Dividend | J | T | Buy | 12/14/17 | J | | |
| 212. | | | | | Sold (part) | 12/19/17 | J | A | |
| 213. Johnson & Johnson common | A | Dividend | K | T | | | | | |
| 214. Johnson Controls | | None | J | T | Sold (part) | 12/14/17 | J | | |
| 215. JP Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 216. JP MOrgan Chase Alerian ENT | | None | | | Buy | 01/24/17 | J | | |
| 217. | | | | | Sold | 05/30/17 | J | | |
| 218. Kinder Morgan | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | |
| 219. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 220. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 221. | | | | | Sold (part) | 12/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. L-3 Technologies | A | Dividend | J | T | | | | | See Part VIII, note 3. |
| 223. Liberty Broadband S-A (LBRDA) (Y) | | | | | | | | | |
| 224. Liberty Broadband S-C (LBRDK) (Y) | | | | | | | | | |
| 225. Liberty Interactive (LVNTA) (Y) | | | | | | | | | |
| 226. Liberty Interactive QVC A (QVCA) | | None | J | T | Buy (add'l) | 04/03/17 | J | | |
| 227. | | | | | Sold (part) | 12/14/17 | J | | |
| 228. Liberty Media Ccrp Ser A SiriusXM (LSXMA) (Y) | | | | | | | | | |
| 229. Liberty Media Corp Ser C SiriusXM (LSXMK) | | None | J | T | | | | | |
| 230. Lockheed Martin | A | Dividend | J | T | Sold (part) | 01/30/17 | J | A | |
| 231. Lord Abbett Sht Duration Inc (LDLFX) | B | Dividend | K | T | Buy (add'l) | 01/09/17 | J | | |
| 232. Lowes Companies | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | |
| 233. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 234. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 235. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 236. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 237. Manulife Financial common | A | Dividend | K | T | | | | | |
| 238. Marsh & McLennan | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Mastercaard , Inc. Cl A | A | Dividend | J | T | Buy (add'l) | 06/01/17 | J | | |
| 240. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 241. Merger Fund | A | Dividend | J | T | | | | | |
| 242. Medtronic | A | Dividend | J | T | Buy (add'l) | 01/09/17 | J | | |
| 243. Merck & Co. | A | Dividend | J | T | Buy (add'l) | 04/03/17 | J | | |
| 244. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 245. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 246. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 247. | | | | | Sold (part) | 12/14/17 | J | | |
| 248. Metropolitan West Tot Ret Bd I (MWTIX) | C | Dividend | M | T | Buy (add'l) | 01/09/17 | J | | |
| 249. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 250. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 251. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 252. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 253. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 254. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 255. Microsoft common | A | Dividend | K | T | Buy (add'l) | 04/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 257. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 258. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 259. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 260. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 261. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 262. Mondelez Intl Inc. | A | Dividend | J | T | | | | | |
| 263. Monsanto New | A | Dividend | J | T | Buy (add'l) | 04/03/17 | J | | |
| 264. | | | | | Sold (part) | 11/02/17 | J | A | |
| 265. Morgan Stanley Bank cash/MM account | A | Interest | J | T | | | | | |
| 266. National Oilwell Varco | A | Dividend | J | T | Sold (part) | 12/14/17 | J | | |
| 267. Nestle Spon ADR | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | |
| 268. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 269. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 270. Newmarket Corp (Holding) | A | Dividend | J | T | Buy (add'l) | 06/01/17 | J | | |
| 271. | | | | | Sold (part) | 12/14/17 | J | | |
| 272. Nextera Energy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Nielsen Holdings PLC | A | Dividend | J | T | Buy (add'l) | 01/30/17 | J | | |
| 274. Nike Inc. B | A | Dividend | K | T | Buy (add'l) | 06/01/17 | J | | |
| 275. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 276. Norfolk Southern | A | Dividend | J | T | | | | | |
| 277. Novo-Nordisk ADR | A | Dividend | | | Sold (part) | 05/09/17 | J | A | |
| 278. | | | | | Sold (part) | 05/10/17 | J | A | |
| 279. | | | | | Sold (part) | 06/15/17 | J | | |
| 280. | | | | | Sold | 06/16/17 | J | A | |
| 281. Now Inc. (Y) | | | | | | | | | |
| 282. Nuance Communications Inc. | | None | J | T | | | | | |
| 283. Nucor Corp | A | Dividend | J | T | | | | | |
| 284. Nuveen Santa Barbara Div Gr I | A | Dividend | J | T | | | | | |
| 285. Oracle Corp | A | Dividend | J | T | Buy (add'l) | 06/01/17 | J | | |
| 286. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 287. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 288. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 289. O'Reilly Automotive New | | None | J | T | Buy (add'l) | 04/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 291. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 292. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 293. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 294. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 295. | | | | | Sold (part) | 12/14/17 | J | | |
| 296. Packaging Corp | A | Dividend | J | T | | | | | |
| 297. Paychex, Inc. | A | Dividend | J | T | Buy (add'l) | 04/03/17 | J | | |
| 298. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 299. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 300. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 301. Parnassus Mid Cap | A | Dividend | | | Buy (add'l) | 01/20/17 | J | | |
| 302. | | | | | Sold | 06/02/17 | J | A | |
| 303. Pentair | A | Dividend | J | T | | | | | |
| 304. Pepsico common | A | Dividend | J | T | | | | | |
| 305. Pfizer Inc. | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 306. | | | | | Sold (part) | 02/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 308. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 309. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 310. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 311. Phillips 66 | A | Dividend | J | T | Buy (add'l) | 02/28/17 | J | | |
| 312. Praxair, Inc. common | A | Dividend | J | T | Buy (add'l) | 03/06/17 | J | | |
| 313. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 314. Priceline Grp New | | None | J | T | | | | | |
| 315. Principal Mid Cap (PMCPX) | B | Distribution | L | T | | | | | |
| 316. Procter & Gamble common | A | Dividend | J | T | | | | | |
| 317. Prudential Short Term Corp Bond Z | A | Dividend | J | T | Buy (add'l) | 10/03/17 | J | | |
| 318. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 319. RBC Small Cao (RCSIX) | A | Dividend | | | Buy | 01/24/17 | J | | |
| 320. | | | | | Sold | 05/30/17 | J | | |
| 321. Regeneron Pharmaceuticals | | None | J | T | Buy (add'l) | 06/01/17 | J | | |
| 322. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 323. | | | | | Sold (part) | 08/29/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 12/14/17 | J | | |
| 325. Reynolds American | A | Dividend | | | Buy (add'l) | 05/30/17 | J | | |
| 326. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 327. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 328. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 329. | | | | | Redeemed | 07/25/17 | J | A | |
| 330. Schwab Advisor Cash Reserve Fund | A | Interest | | | Closed | 05/30/17 | J | | |
| 331. Schlumberger Ltd | A | Dividend | J | T | Buy (add'l) | 03/06/17 | J | | |
| 332. Seagate TechnologyPLC | A | Dividend | | | Sold | 12/14/17 | J | | |
| 333. Starbucks Corp | A | Dividend | J | T | Buy (add'l) | 06/01/17 | J | | |
| 334. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 335. Stericycle,Inc. common | | None | J | T | | | | | |
| 336. Target Corp | A | Dividend | J | T | Buy | 04/28/17 | J | | |
| 337. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 338. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 339. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 340. | | | | | Buy (add'l) | 06/05/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Buy (add'l) | 08/17/17 | J | | |
| 342. TE Connectivity | A | Dividend | J | T | Sold (part) | 01/09/17 | J | A | |
| 343. | | | | | Sold (part) | 01/10/17 | J | | |
| 344. The Mosaic Co (Holding Co) | A | Dividend | | | Sold (part) | 04/28/17 | J | | |
| 345. | | | | | Sold | 05/01/17 | J | | |
| 346. TJX Cos New | A | Dividend | | | Sold (part) | 04/03/17 | J | A | |
| 347. | | | | | Sold (part) | 04/04/17 | J | A | |
| 348. | | | | | Sold (part) | 04/05/17 | J | A | |
| 349. | | | | | Sold (part) | 06/09/17 | J | A | |
| 350. | | | | | Sold | 06/12/17 | J | A | |
| 351. Twitter Inc. | | None | J | T | Buy (add'l) | 03/22/17 | J | | |
| 352. | | | | | Sold (part) | 12/14/17 | J | | |
| 353. Union Pacific common | A | Dividend | J | T | Sold (part) | 03/06/17 | J | A | |
| 354. UnitedHealth Group | A | Dividend | K | T | Sold (part) | 03/29/17 | J | A | |
| 355. | | | | | Sold (part) | 12/07/17 | J | A | |
| 356. Vanguard Growth Index Fund | A | Dividend | | | Sold (part) | 01/24/17 | J | A | |
| 357. | | | | | Sold | 06/02/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  Vanguard Inflation Protected Fund | A | Dividend | | | Buy | 01/20/17 | J | | |
| 359. | | | | | Sold | 05/30/17 | J | A | |
| 360.  Vanguard Short Term Bond ETF | A | Dividend | | | Sold (part) | 01/24/17 | J | | |
| 361. | | | | | Sold | 05/30/17 | J | A | |
| 362.  Verizon Communications common | A | Dividend | J | T | Buy (add'l) | 04/03/17 | J | | |
| 363. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 364. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 365. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 366. | | | | | Sold (part) | 12/14/17 | J | | |
| 367.  Vertex Pharmaceuticals | | None | J | T | | | | | |
| 368.  V F Corp. | A | Dividend | | | Sold (part) | 07/17/17 | J | | |
| 369. | | | | | Sold | 07/18/17 | J | | |
| 370.  Virtus Insight Emrg Mkts (HIEMX) | A | Dividend | L | T | Buy (add'l) | 01/09/17 | J | | |
| 371.  Visa Inc. Cl A | A | Dividend | K | T | Buy (add'l) | 06/01/17 | J | | |
| 372. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 373. | | | | | Sold (part) | 09/25/17 | J | A | |
| 374. | | | | | Sold (part) | 09/26/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'Toole, George A. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Voya Global RE (IGLIX) | C | Distribution | K | T | Buy (add'l) | 01/09/17 | J | | |
| 376. Walt Disney Co Holding Co | A | Dividend | J | T | | | | | |
| 377. WCM Focused Intl Growth | | None | | | Sold | 06/02/17 | J | A | |
| 378. Weatherford Intl | | None | J | T | Sold (part) | 12/14/17 | J | | |
| 379. WEC Energy Group Inc. | A | Dividend | J | T | | | | | |
| 380. Wells Fargo & Co New | A | Dividend | J | T | Buy (add'l) | 05/30/17 | J | | |
| 381. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 382. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 383. Wells Fargo & Co 6% Series V | C | Dividend | M | T | Buy (add'l) | 04/03/17 | J | | |
| 384. Western Digital Corp | A | Dividend | J | T | | | | | |
| 385. Whirlpool Corp | A | Dividend | J | T | | | | | |
| 386. Zoetis Inc. Cl A | | None | J | T | Buy | 11/08/17 | J | | |
| 387. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 388. | | | | | Buy (add'l) | 11/10/17 | J | | |
| 389. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 390. | | | | | Buy (add'l) | 11/14/17 | J | | |
| 391. | | | | | Buy (add'l) | 11/15/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 393. | | | | | Buy (add'l) | 11/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The trust identified in Part I is a family trust. All the assets held in the trust are reported individually in Part VII but are not specifically identified in that Part to the trust.

2. The partial sale reduced the asset value to below the reporting threshold.

3. L-S Commuications, previously reported, changed its nameto L-3 Technologies in 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George A. O'Toole**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544